**Electronically Filed
Supreme Court
SCWC-22-0000394
04-NOV-2025
12:07 PM
Dkt. 32 ODAC**

SCWC-22-0000394

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.
ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THRU
CERTIFICATES SERIES 2006-12CB,
Respondent/Plaintiff-Appellee,

vs.

GABI K. COLLINS,
Petitioner/Defendant-Appellant,

and

ASSOCIATION OF APARTMENT OWNERS OF KEMOO BY THE LAKE;
DONALD COURTNEY BROWN,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000394; CASE NO. 1CC161001062)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., and Eddins, J., and
Circuit Judge Johnson, in place of Ginoza, J., recused,
Circuit Judge Morikawa, in place of Devens, J., recused,
and Circuit Judge Kawashima, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Gabi K. Collins' application for writ of certiorari filed on September 8, 2025, is rejected.

DATED:  Honolulu, Hawaiʻi, November 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Ronald G. Johnson

/s/ Trish K. Morikawa

/s/ James S. Kawashima